UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

CARMEN GOTTLIEB,

                Plaintiff,

    -against-

                                   ORDER

EUGENE SCALIA *in his official capacity as Secretary of Labor*,

                                 17 Civ. 7622 (GBD) (GWG)

                Defendants.

------------------------------------   x

GEORGE B. DANIELS, District Judge:

The pretrial conference scheduled to occur on November 10, 2020 at 10:30 a.m. is hereby cancelled. A status conference is scheduled for February 16, 2020 at 9:45 a.m.

Dated: November 6, 2020
      New York, New York

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE