UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

CARMEN GOTTLIEB,

                Plaintiff,

-against-

AL STEWART, *in his official capacity as Acting Secretary of Labor*,

                Defendant.

------------------------------------ X

ORDER

17 Civ. 7622 (GBD)

*SDNY ECF ELECTRONICALLY FILED DATE FILED: FEB 12 2021*

GEORGE B. DANIELS, District Judge:

The status conference scheduled to occur on February 16, 2021 is hereby adjourned to March 30, 2021 at 9:45 a.m.

Dated: February 12, 2021
      New York, New York

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE