```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CARMEN GOTTLIEB,

                        Plaintiff,
        -against-
                                              ORDER
ALEXANDER R. ACOSTA, Secretary of Labor,
                                              17 Civ. 7622 (GBD) (GWG)
                        Defendant.


------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 3 2021

GEORGE B. DANIELS, District Judge:

In light of this Court's referral to Magistrate Judge Gorenstein for General Pretrial and Specific Non-Dispositive Motion, all conferences previously scheduled before Judge Daniels are cancelled.

Dated: March 23, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE