

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

March 26, 2021

**VIA ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSEMENT**

Re:  <u>Gottlieb v. Walsh</u>, 17 Civ. 7622 (GBD) (GWG)

Dear Judge Gorenstein:

    This Office represents defendant Martin J. Walsh[1] in his official capacity as Secretary of the U.S. Department of Labor ("Defendant") in the above-referenced employment discrimination case commenced by plaintiff Carmen Gottlieb.  After conferring with Your Honor's Deputy Clerk in accordance with Section 1.F of the Court's Individual Practices and with Plaintiff's counsel, I write respectfully to request that the conference scheduled for April 2, 2021, at 11:30 a.m. be adjourned to <u>April 5, 2021, at 11:30 a.m</u>.  The adjournment is requested because the undersigned attorney will be on previously-scheduled leave on April 2, 2021.  Plaintiff's counsel consents to this request.  This is the Government's first request for an adjournment of the April 2, 2021 conference.

    We thank the Court for its consideration of this request.

**The conference is adjourned to April 5, 2021 at 11:30 a.m.  Same dial-in instructions.**

**So Ordered.**

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 26, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
*Counsel for Defendant*

By:    */s/ Tomoko Onozawa*
     TOMOKO ONOZAWA
     Assistant United States Attorney
     Tel: (212) 637-2721
     Fax:  (212) 637-2686
     Email:  tomoko.onozawa@usdoj.gov

cc:  All Counsel of Record (via ECF)

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Martin J. Walsh, in his official capacity as Secretary of Labor, is automatically substituted as defendant for his predecessor, Milton Al Stewart.