

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 15, 2021

**VIA ECF**
Honorable Gabriel W. Gorenstein
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSEMENT**

      Re:    <u>Gottlieb v. Walsh</u>, 17 Civ. 7622 (GBD) (GWG)

Dear Judge Gorenstein:

      This Office represents defendant Martin J. Walsh in his official capacity as Secretary of of Labor ("Defendant") in the above-referenced employment discrimination case commenced by plaintiff Carmen Gottlieb. After conferring with Your Honor's Deputy Clerk in accordance with Section 1.F of the Court's Individual Practices and with Plaintiff's counsel, I write respectfully to request that the conference scheduled for July 30, 2021, at 4:00 p.m. be adjourned to <u>July 28, 2021, at 4:00 p.m</u>. The adjournment is requested because the undersigned attorney will be on leave on July 30, 2021. Plaintiff's counsel consents to this request. This is Defendant's first request for an adjournment of the July 30, 2021 discovery conference.

      We thank the Court for its consideration of this request.

**Application granted. Conference date changed to July 28, 2021, at 4:00 p.m.**

**So Ordered.**

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 15, 2021

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
*Counsel for Defendant*

By:   /s/ Tomoko Onozawa
      TOMOKO ONOZAWA
      JEFFREY OESTERICHER
      Assistant United States Attorneys
      Tel: (212) 637-2721/2695
      Fax: (212) 637-2686
      Email: tomoko.onozawa@usdoj.gov
             jeffrey.oestericher@usdoj.gov

cc:    All Counsel of Record (via ECF)