UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARMEN GOTTLIEB                                             :
                                                            :     <u>ORDER</u>
                    Plaintiffs,                             :
                                                            :     17 Civ. 7622 (GBD) (GWG)
        -v.-                                                :
                                                            :
MARTIN J WALSH                                              :
                                                            :
                    Defendants.                             :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      No summary judgment motion having been filed by the Court-ordered deadline (Docket # 78), the parties are directed to file the pre-trial materials required by section VI of Judge Daniels' Individual Practices on or before January 18, 2022.

      SO ORDERED.

Dated: December 3, 2021
       New York, New York

                                          GABRIEL W. GORENSTEIN
                                          United States Magistrate Judge