UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

CARMEN GOTTLIEB,

                Plaintiff,

-against-

ALEXANDER R. ACOSTA, *Secretary of Labor*,

                Defendant.

------------------------------------ x

ORDER

17 Civ. 7622 (GBD) (GWG)

GEORGE B. DANIELS, District Judge:

    In light of this Court's referral to Magistrate Judge Gorenstein for settlement, all summary judgment deadlines previously scheduled are vacated.

Dated: May 17, 2022
New York, New York

                                      SO ORDERED.

                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE