UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

CARMEN GOTTLIEB,

                Plaintiff,

  -against-

ALEXANDER R. ACOSTA, *Secretary of Labor*,

                Defendant.

------------------------------------ x

ORDER

17 Civ. 7622 (GBD) (GWG)

GEORGE B. DANIELS, District Judge:

    This Court having been advised that the parties have reached a settlement in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

    All conferences previously scheduled are adjourned *sine die*.

Dated: June 27, 2022
       New York, New York

                                          SO ORDERED.

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          United States District Judge